TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

*************************************************

United States of America

-v-

Daniel Baltazar

Docket Number: 25-MJ-263

*************************************************

A) If pursuant to a prior Court Order:
  Docket Number: _____
  Judge: _____
  Date Entered: _____

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

**Ongoing criminal investigation; risk of flight**

SUBMITTED BY: [ ] Plaintiff  [ ] Defendant  [X] DOJ
Name: Joshua D. Tannen
Firm Name: U.S. Attorney's Office - EDNY
Address: 271-A Cadman Plaza East, Brooklyn NY, 11201
Phone Number: 718-254-6422
Email Address: joshua.tannen@usdoj.gov
Return To: Joshua D. Tannen

(Check off only one)
[X] Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
[ ] Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)

Other Restrictions: [ ] court users only  [ ] ex parte  [ ] attorneys for the applicable party  [ ] case participants

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Complaint and arrest warrant

*Clay H. Kaminsky*
U.S. DISTRICT/ MAGISTRATE JUDGE

September 8, 2025
DATED: BROOKLYN, NEW YORK
RECEIVED IN CLERK'S OFFICE ON _____

**CERTIFICATION OF SERVICE**: (Check one)
A.) [ ] A copy of this application either has been or will be promptly served upon all parties to this action;
B.) [ ] Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or
C.) [X] This is a criminal document submitted, and flight, public safety, or security are significant concerns.

9/8/25
Date

*Joshua D. Tannen*
Signature

PP:JDT
F. #2025R00522

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DANIEL BALTAZAR,

        Defendant.

- - - - - - - - - - - - - - - - -X

**TO BE FILED UNDER SEAL**

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF AN APPLICATION FOR
ARREST WARRANT

(18 U.S.C. § 2251(a))

25-MJ-263

EASTERN DISTRICT OF NEW YORK, SS:

    Rachel M. Kidd, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

    In or about and between October 2024 and January 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant DANIEL BALTAZAR did knowingly and intentionally employ, use, persuade, induce, entice, and coerce one or more minors to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce.

    (Title 18, United States Code, Section 2251(a))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been since June 2023. I am a member of HSI's New York City Child Exploitation Investigations Group. In the course of my work for the Child Exploitation Investigations Group, I have participated in multiple investigations into the sexual exploitation of children and the production, receipt, distribution, and possession of child pornography, also referred to as child sexual abuse material ("CSAM"). I have conducted or participated in physical surveillance, electronic surveillance, the execution of search and tracking warrants, and the retrieval and analysis of cell phone and social media data. Through my training, education, and experience, I have become familiar with the techniques and methods of operation used by individuals involved in child exploitation crimes. I also have experience reviewing electronic records as part of my work on these matters, including electronically stored information ("ESI") extracted from cell phones and social media accounts.

2. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

**BALTAZAR Solicited Sexually Explicit Materials from Minor Girls on Snapchat and Telegram**

3. HSI has been investigating the defendant DANIEL BALTAZAR for the production, possession, distribution, and receipt of CSAM. BALTAZAR, who resides in

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Brooklyn, New York, is 29 years old. He is employed as an EMT and has recently held employment at two summer camps for children.

4. In February 2025, a state law enforcement agency served a search warrant on Snapchat (the "Snapchat Warrant") after the agency received information that a Snapchat user account in the name of "miinkowski" had uploaded CSAM. As described further below, the "miinkowski" user account is used by the defendant DANIEL BALTAZAR.

5. On August 11, 2025, the Honorable James R. Cho authorized a warrant (the "Cell Phone Warrant") to search the defendant DANIEL BALTAZAR and seize an iPhone 15 Pro Max cell phone with an assigned number ending in -1410 (the "Cell Phone"). The forensic examination of the Cell Phone pursuant to the Cell Phone Warrant revealed the presence of more than 150 CSAM images and videos on the Cell Phone, including a two-minute, 14-second video depicting an adult male vaginally penetrating a prepubescent nude female.

6. In addition, from at least in or about October 2024 through January 2025, the defendant DANIEL BALTAZAR pretended to be a minor girl and used the internet to request that at least four minor girls (referred to herein as Jane Does 1 through 4) send him sexually explicit images and videos of themselves.

7. Based on documents seized pursuant to the Snapchat Warrant and an interview with the victim, in approximately October 2024, the defendant DANIEL BALTAZAR began communicating with Jane Doe 1 on Snapchat via the user account "miinkowski." At this time, Jane Doe 1 was nine years old. On or about November 14, 2024, BALTAZAR sent Jane Doe 1 a video file showing a nude minor female dancing in a bathroom. BALTAZAR then sent Jane Doe 1 a Snapchat message in which he impersonated the minor in the file he had sent Jane Doe 1, stating, in reference possibly to an earlier file provided by Jane Doe 1, "[Y]ou didn't

3

4

shake ass like I did in my video." Jane Doe 1 then sent BALTAZAR five videos in which, among other things, Jane Doe 1 exposed and touched her genitals. Jane Doe 1 told investigators that she sent about 10 total videos to the "miinkowski" Snapchat account and that the account had persistently requested nude videos.

8. Based on documents seized pursuant to the Snapchat Warrant, in approximately November 2024, the defendant DANIEL BALTAZAR, using his Snapchat account "miinkowski" and again impersonating a minor female, began communicating with Jane Doe 2. Jane Doe 2 told BALTAZAR that she was 13 years old. From November 2024 to December 2024, BALTAZAR received at the "miinkowski" Snapchat account at least five videos from Jane Doe 2 in which, among other things, Jane Doe 2 exposed her breasts and, at BALTAZAR's direction, bounced up and down in a squatting position in a sexually suggestive manner while wearing a cheerleading uniform.[2] BALTAZAR's messages to Jane Doe 2 included persistent requests to send sexually explicit videos, including videos "pretending like [you] are doing it," an apparent reference to sexual intercourse; videos in which Jane Doe 2 would "show off [her] body and then randomly pop out boobs and play with them and stuff;" videos in which Jane Doe 2 would "tap [her] ass on the floor" while "bouncing" "in the bathroom naked;" and videos in which Jane Doe 2 would "do something different" such "rub[bing] yo[u]r pussy like I have."

9. The defendant DANIEL BALTAZAR'S Cell Phone also contained communications with minor victims via Telegram. In approximately January 2025, BALTAZAR communicated with Jane Doe 3 via a Telegram user account in the name of "Ello

---

[2] Based on my training and experience, Jane Doe 2 appears to be approximately 10-13 years old in the videos she sent to BALTAZAR.

mate." Jane Doe 3 told BALTAZAR that she was 13 years old. BALTAZAR again impersonated a minor female. BALTAZAR requested that Jane Doe 3 send him "mini porn vid[s]" and videos in which she was "getting naked . . . in a sexy way." During this time, BALTAZAR received at least one video from Jane Doe 3 in which she was fully nude and exposed her genitals.[3]

10. Based on the forensic examination of the defendant DANIEL BALTAZAR's cell phone, in approximately December 2024, BALTAZAR communicated with Jane Doe 4 via Telegram using the account "Ello mate." BALTAZAR requested that Jane Doe 4 send him sexually explicit videos and images. In one exchange, BALTAZAR told Jane Doe 4 to send him an image of her vagina, requesting that she "take [the picture] while you spread it as wide as you can." When Jane Doe 4 then sent him an image of her vagina, he responded by telling her to "spread it with both hands." She then responded with another image in which she was touching her vagina with both of her hands. BALTAZAR also requested that he send her videos or images in which she would "make [an implement, such as a pen] go in and out" of her vagina.[4]

Attribution of the Snapchat and Telegram Accounts to the Defendant DANIEL BALTAZAR

11. There is probable cause to believe that the defendant DANIEL BALTAZAR used the "miinkowski" Snapchat and "Ello mate" Telegram accounts to communicate with Jane Does 1 through 4.

---

[3] Based on my training and experience, Jane Doe 3 appears to be approximately 10-13 years old in the video she sent to BALTAZAR.

[4] Based on my training and experience, Jane Doe 4 appears to be approximately 10-13 years old in photographs she sent to BALTAZAR.

5

12. With respect to the Snapchat account "miinkowski," Snapchat records show that a) the customer and subscriber for the account is DANIEL BALTAZAR; b) the address associated with the account is BALTAZAR's residence in Brooklyn and the address listed on his New York State driver's license; and c) the telephone number associated with the account is the -1410 number, which was the phone number for the Cell Phone seized from BALTAZAR and examined by law enforcement pursuant to the Cell Phone Warrant.[5]

13. With respect to the Telegram account "Ello mate," that Telegram account was loaded on the Telegram application on the defendant DANIEL BALTAZAR's Cell Phone, which was seized from him.

Conclusion

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so that the defendant DANIEL BALTAZAR can be dealt with according to law.

I further request that the Court order that all papers in support of this complaint, including the affidavit, be sealed until further order of the Court. These documents discuss a request for an arrest warrant and the defendant is not in custody. Based on my training and experience, their premature disclosure may seriously jeopardize the investigation, including by

---

[5] The Snapchat application was not on the Cell Phone at the time of the forensic examination conducted pursuant to the Cell Phone Warrant.

giving the defendant an opportunity to destroy or tamper with evidence, change patterns of behavior, or flee from prosecution.

/s/ Rachel M. Kidd
_____
Rachel M. Kidd
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me telephonically this 8th day of September, 2025

*Clay H. Kaminsky*
_____
THE HONORABLE CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

7